**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CASE NO. 3:20-CV-631-DCK**

| | | |
|---|---|---|
| **M.E. STORES PROPERTY, LLC,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | <u>**ORDER**</u> |
| | ) | |
| **EPCON NANTZ ROAD, LLC, EPCON** | ) | |
| **COMMUNITIES, LLC, EPCON** | ) | |
| **COMMUNITIES CAROLINAS, INC., and** | ) | |
| **W. M. WARR & SONS INC,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on "Epcon Defendants' Motion For Remand" (Document No. 21) filed March 1, 2021. The parties have consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c), and this motion is ripe for disposition. Having carefully considered the motion and the record, the undersigned will <u>grant</u> the motion.

On December 23, 2020, Plaintiff M.E. Stores Property, LLC ("Plaintiff") filed a "First Amended Complaint" (Document No. 11), adding W.M. Warr & Sons, Inc. as an additional defendant. According to the pending motion, "W.M. Warr & Sons, Inc. is a North Carolina Corporation with its principal place of business, registered agent and mailing address all being in Mecklenburg County, North Carolina." (Document No. 21, p. 2). Plaintiff is a resident of North Carolina, too, and thus, complete diversity no longer exists, an essential prerequisite to this Court exercising diversity jurisdiction under 28 U.S.C. § 1332. <u>Id.</u> at p. 3; <u>see</u> <u>Mayes v. Rapoport</u>, 198 F.3d 457, 461 (4th Cir. 1999). All parties to this case consent to the pending motion. (Document No. 21, p. 3). The undersigned therefore concludes that this case shall be remanded pursuant to 28 U.S.C. § 1447(c) for lack of subject-matter jurisdiction.

**IT IS, THEREFORE, ORDERED** that "Epcon Defendants' Motion For Remand" (Document No. 21) is **GRANTED**.  This matter shall be remanded to the Superior Court of Mecklenburg County, North Carolina.

**SO ORDERED.**

Signed: March 26, 2021

David C. Keesler
United States Magistrate Judge